THE STATE v. J. E. ANDERSON.

1. An indictment for unlawfully using an estray described the animal as "a certain estray mule, then and there being found, branded with a mule shoe on the left shoulder, and the tip of the right ear off, of the value of one hundred dollars." *Held*, that the description is sufficient.

2. In an indictment for unlawfully using an estray, the allegation that the animal was an estray is a sufficient averment that the ownership was unknown.

APPEAL from Robertson. Tried below before the Hon. J. M. Thurmond.

The case is indicated in the head notes.

*Wm. Alexander*, Attorney General, for the State, cited 1 Bouvier's Law Dictionary, title Estrays, p. 433.

No brief for the appellee.

OGDEN, J.—The indictment in this case is sufficient to sustain the charge. The description of the animal taken up and used, is more definite and certain than is usual in such cases. And the allegation that the animal was an estray is a sufficient allegation that the ownership was unknown. The court erred in sustaining the motion to quash the indictment. The judgment is reversed and the case remanded.

                              Reversed and remanded.